# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re:
RESTAURANT 365

Proceedings to Enforce
Fed.R.Bankr.P. 9036                    **Misc. Proceeding No.:** 25–00219–BLS

### ORDER REQUIRING RESTAURANT 365 TO APPEAR THROUGH COUNSEL AT A STATUS CONFERENCE ON 11/19/25

The Administrative Office of the United States Courts has advised the Court that RESTAURANT 365 has been designated as a high–volume paper–notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high–volume paper–notice recipient is currently defined as an entity that has been mailed 100 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

The Administrative Office of the United States Courts has advised the Court that RESTAURANT 365 has failed to register to receive electronic bankruptcy notices.

On 11/19/25 at 09:00 AM the Court will conduct a status conference to determine what action should be taken to compel RESTAURANT 365 (if necessary) to comply with Federal Rule of Bankruptcy Procedure 9036. The hearing will be held virtually. RESTAURANT 365 is ordered to appear at the status conference through counsel by registering at the following link:

https://debuscourts.zoomgov.com/meeting/register/na2–hS0kTa6_VRBqdw6MxQ

no later than 12:00 PM, one business day prior to the hearing to sign up. Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure proper connection. Counsel should be prepared to advise the Court on the steps that RESTAURANT 365 is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036[1].

In lieu of attendance at the scheduled status conference, RESTAURANT 365 may complete and file *Exhibit A*, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity[2]. Alternatively, RESTAURANT 365 may complete and file *Exhibit B*, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center. Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference. The Court will accept filing via United States mail or electronically using the event "Response to Order Requiring Electronic Bankruptcy Noticing".

The Clerk will serve this on RESTAURANT 365 by United States mail and file a Certificate of Service.

Date: 10/21/25

Brendan Linehan Shannon
Bankruptcy Judge

---

[1] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

[2] Registration for electronic bankruptcy noticing is at the following web site:
https://bankruptcynotices.uscourts.gov/register

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re: RESTAURANT 365                    Misc. Proceeding No.:25−00219−BLS

Proceedings to Enforce

Fed.R.Bankr.P. 9036

*STATEMENT CONFIRMING REGISTRATION FOR ELECTRONIC BANKRUPTCY NOTICING*

This Statement is filed on behalf of RESTAURANT 365 .

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:_____

Typed Signature:_____

Date:_____

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

In re: RESTAURANT 365                              Misc. Proceeding No.:25−00219−BLS

Proceedings to Enforce

Fed.R.Bankr.P. 9036

### *STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER*

This Statement is filed on behalf of RESTAURANT 365 .

The entity identified above is aware that, beginning on 12/22/25, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:_____

Typed Signature:_____

Date:_____