# Notice Recipients

District/Off: 0311−1 User: admin Date Created: 10/21/2025
Case: 25−00219−BLS Form ID: van500 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          RESTAURANT 365          500 TECHNOLOGY DR STE 200          IRVINE, CA 92618−1344

TOTAL: 1